Carolyn H. Cottrell (SBN 166977)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com

Samantha A. Smith (SBN 233331)
Michelle S. Lim (SBN 315691)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
300 S. Grand Avenue, Suite 2700
Los Angeles, California 90071
Tel: (213) 835-1550
Fax: (415) 421-7105
sasmith@schneiderwallace.com
mlim@schneiderwallace.com

*Attorneys for Plaintiff and the
Putative Collective*

[Additional Counsel listed on next page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA MELGOZA, on behalf of herself and all other similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>AEGIS SENIOR COMMUNITIES LLC d/b/a/ AEGIS LIVING,<br><br>  Defendants | Case No. 3:22-CV-01756-LB<br>(Consolidated with Case No. 3:22-cv-00525-LB)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Laurel Beeler<br><br>Complaint Filed: March 18, 2022<br>Trial Date: None |

Shareef S. Farag (SBN 251650)
Nicholas D. Poper (SBN 293900)
Kerri H. Sakaue (SBN 301043)
Vivian Y. Shen (SBN 315734)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Tel: (310) 820-8800
Fax: (310) 820-8859
sfarag@bakerlaw.com
npoper@bakerlaw.com
ksakaue@bakerlaw.com
vshen@bakerlaw.com

*Attorneys for Defendant Aegis Senior*
*Communities, LLC d/b/a Aegis Living*

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
*Melgoza v. Aegis Senior Communities LLC,* Case No. 3:22-CV-01756-LB

Plaintiff Daniela Melgoza and Defendant Aegis Senior Communities LLC, dba Aegis Living, by and through their attorneys of record, hereby stipulate as follows:

1.      On March 18, 2022, Plaintiff initiated this action asserting claims under California state wage and hour laws and under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*  ECF 1.

2.      On May 26, 2022, this Court denied Defendant's motion to dismiss or stay the state-law claims in this action pending litigation in an earlier-filed class action, *Salonga v. Aegis Senior Communities, LLC*, Case No. 3:22-cv-00525-LB.  ECF 31, at 1:18-2:9.  The Court consolidated the *Salonga* and *Melgoza* actions, and ordered Plaintiffs Salonga and Melgoza to file a consolidated complaint in the *Salonga* matter to supersede all previous complaints filed in either action. *Id.* at 4:15-18.

3.      Following meet and confer between the parties, on June 23, 2022, Plaintiffs Salonga and Melgoza filed a consolidated complaint alleging state-law claims in the *Salonga* matter pursuant to the May 26, 2022 order. *See Salonga*, ECF 47.

4.      To avoid unnecessary motion practice and unnecessary expense of the Court's and the Parties' resources, the Parties agree that Plaintiff Melgoza may amend the operative Complaint in this action to remove claims under California state wage and hour laws now before this Court in the consolidated complaint filed in the *Salonga* matter.

5.      By stipulating to the filing of the First Amended Complaint, Defendant represents only that the amendment of the Complaint at this juncture in the litigation is consistent with applicable law regarding the amendment of pleadings, and explicitly does not concede the validity of any allegations, theories, or claims contained therein, or the validity or legal sufficiency of the proposed collective, its associated collective period, or the alleged statute of limitations.

6.      The proposed First Amended Complaint, a true and correct copy of which is

-3-

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
*Melgoza v. Aegis Senior Communities LLC,* Case No. 3:22-CV-01756-LB

1  attached hereto as **Exhibit 1**,[1]

2          NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

3          Plaintiff should be granted leave to amend to file her First Amended Complaint, a true

4  and correct copy of which is attached hereto as **Exhibit 1**;

5          Defendant's responsive pleading shall be due fourteen (14) days after the First Amended

6  Complaint is filed.

7

8   Date: July 25, 2022                    /s/ Michelle S. Lim
                                           Carolyn H. Cottrell
9                                          Samantha A. Smith
                                           Michelle S. Lim
10                                         SCHNEIDER WALLACE
                                           COTTRELL KONECKY LLP
11
12                                         *Attorneys for Plaintiff and the Putative Collective*

13

14  Date: July 23, 2022                    /s/ Shareef S. Farag
                                           Shareef S. Farag
15                                         Nicholas D. Poper
                                           Kerri H. Sakaue
16                                         Vivian Y. Shen
                                           BAKER & HOSTETLER LLP
17
18                                         *Attorneys for Defendant Aegis Senior Communities,*
                                           *LLC d/b/a Aegis Living*
19

20

21

22

23

24

25

26  ───────────────────────

27  [1] A redline version of the proposed First Amended Complaint underlining the proposed
    amendments from the operative Complaint is attached hereto as **Exhibit 2**.

28                                         -4-

**SIGNATORY ATTESTATION**

The e-filing attorney hereby attests that concurrence in the content of the attached documents and authorization to file the attached documents has been obtained from the other signatory indicated by a conformed signature (/s/) within the attached e-filed documents.

Dated: July 25, 2022                    /s/ Michelle S. Lim
                                        Carolyn H. Cottrell
                                        Samantha A. Smith
                                        Michelle S. Lim
                                        SCHNEIDER WALLACE
                                        COTTRELL KONECKY LLP

                                        *Attorneys for Plaintiff and the Putative Collective*

**CERTIFICATE OF SERVICE**

This is to certify that on July 25, 2022, a copy of the foregoing instrument was served upon all parties of record via the Court's electronic case filing system.

                                        /s/ Michelle S. Lim
                                        Carolyn H. Cottrell
                                        Samantha A. Smith
                                        Michelle S. Lim
                                        SCHNEIDER WALLACE COTTRELL
                                        KONECKY LLP

                                        *Attorneys for Plaintiff and the Putative Collective*

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
*Melgoza v. Aegis Senior Communities LLC,* Case No. 3:22-CV-01756-LB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

Plaintiff Daniela Melgoza and Defendant Aegis Senior Communities LLC, dba Aegis Living, have stipulated that Plaintiff should be permitted to file her First Amended Complaint.

Having considered the Parties' Stipulation, and for good cause shown, the Parties' Stipulation For Leave to File to First Amended Complaint is **GRANTED**. Plaintiff's First Amended Collective Action Complaint, as filed under ECF 37-1, shall be deemed filed as of the date of this order, and Defendant shall file responsive papers within fourteen (14) days thereafter.

**IT IS SO ORDERED.**

Dated:    July 25, 2022

_____
HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
*Melgoza v. Aegis Senior Communities LLC,* Case No. 3:22-CV-01756-LB